356

(No. 6127—■■■■■■■■■■)

COUNTY OF COOK, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed March 24, 1972.*

EDWARD V. HANRAHAN, State's Attorney of Cook County, for Claimant.

WILLIAM J. SCOTT, Attorney General, for Respondent.

PERLIN, C.J.

This cause coming on to be heard on the Joint Stipulation of the parties hereto, and the Court being fully advised in the premises;

THIS COURT FINDS that this claim is for salaries of employees of the staff of the Juvenile Court, wherein the State is obligated by Ch. 37, Sec. 706-7, Ill.Rev.Stat, 1969, to compensate the counties for such expenditures, that such obligations were incurred as a matter of law, and that the appropriation was depleted prior to the claimant's filing for reimbursement.

IT IS HEREBY ORDERED that the sum of $87,244.45 be awarded to claimant in full satisfaction of any and all claims presented to the State of Illinois under the above captioned cause.